## Case No. 8,868.

### McKNIGHT v. RAMSAY.

[1 Cranch, C. C. 40.] [1]

Circuit Court, District of Columbia. Oct. Term, 1801.

COURTS — JURISDICTIONAL AMOUNT — OFFSET—AR-REST OF JUDGMENT.

In an action of debt for an amount large enough to support the jurisdiction of this court, it is no cause for arrest of judgment that the sum due is reduced by offsets to a sum for which the court would not have had original jurisdiction.

[Cited in Hellrigle v. Dulaney, Case No. 6,-343.]

Debt. Verdict for the debt in the declaration mentioned to be discharged on payment of £3. 11s.—the plaintiff's demand being reduced to that sum by offsets.

Motion by Mr. Taylor, for defendant, for nonsuit; the sum being less than twenty dollars, and so not within the jurisdiction of this court.

Mr. Swann, for plaintiff, cited Gross v. Fisher, 3 Wils. 49.

Nonsuit refused.

---

McKNIGHT (SEMMES v.). See Case No. 12,-653.

McKNIGHT (SHINN v.). See Case No. 12,-789.

[1] [Reported by Hon. William Cranch, Chief Judge.]

McKNIGHT (UNITED STATES v.). See Case No. 15,695.

MACKOY (UNITED STATES v.). See Case No. 15,696.